# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOHN KEATON**
        **Plaintiff,**

v.                                                          Civil Action No. 2:03 CV 16
                                                                                     (Maxwell)

**J.F. ALLEN COMPANY, INC.,**
**a West Virginia Corporation,**
        **Defendant.**

## ORDER

By Order entered on July 21, 2005, the United States Court of Appeals for the Fourth Circuit issued an Order awarding appellee, Defendant J. F. Allen Company, costs in the amount of $240. It appears that Plaintiff's counsel paid said sum into the depository of the Clerk for the United States District Court for the Northern District of West Virginia at the Elkins, West Virginia point of court on July 26, 2005. The Court, finding it appropriate to do so, hereby

**ORDERS** that the sum of $242.10, plus interest earned since November 30, 2007, which sum is on deposit in the above-styled civil action, be paid to the law firm of Kay, Casto & Chaney, PLLC – Charleston, P.O. Box 2031, Charleston, WV 25327, pursuant to the Fourth Circuit's award of costs on July 21, 2005.

The Clerk is directed to transmit copies of this Order to counsel of record, and to the Defendant herein.

ENTER: February 27th, 2008

                                                                                      United States District Judge